**Alan T. BOYCE, Appellant,**

v.

**INTERBAKE FOODS, Appellee.**

No. 11–3063.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 5, 2012.

Filed: March 14, 2012.

■

Alan T. Boyce, Sioux City, IA, pro se.

Joseph Dreesen, Timothy Dale Loudon, Kenneth Michael Wentz, III, Jackson & Lewis, Omaha, NE, for Appellee.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

■

PER CURIAM.

Alan Boyce appeals the district court's [1] adverse grant of summary judgment in his action against Interbake Foods, in which he asserted claims under Title VII, and a state-law claim of intentional infliction of emotional distress. First, we note that— to the extent Boyce has raised new allegations on appeal—we do not consider them. *See Stone v. Harry*, 364 F.3d 912, 914–15 (8th Cir.2004) (declining to consider allegations first raised on appeal). Further, upon careful de novo review, *see Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir.2011) (grant of summary judgment reviewed de novo), we conclude that there is no basis for reversal, as Interbake Foods was entitled to judgment as a matter of law on each of Boyce's claims.

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

■

---

1. Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.